IN THE UNITED STATES DISTRICT COURT FOR THE RECEIVED
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

2006 MAY -8 A 9: 36

UNITED STATES OF AMERICA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.                                          **INDICTMENT**

WILLIAM LEWIS CASH and
CHRISTOPHER CHARLES WILLIAMS

4:00 CR 8 RH

THE GRAND JURY CHARGES:

## COUNT ONE

That between on or about December 1, 1999 and on or about January 23, 2000, in the

Northern District of Florida and elsewhere, the defendants,

**WILLIAM LEWIS CASH and
CHRISTOPHER CHARLES WILLIAMS,**

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding

together  and with other persons, to distribute and to possess with intent to distribute cocaine, a

controlled substance, in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

That on or about January 23, 2000, in the Northern District of Florida, the defendants,

### WILLIAM LEWIS CASH and

### CHRISTOPHER CHARLES WILLIAMS,

did knowingly and intentionally possess with intent to distribute cocaine, a controlled substance,

in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(B)(ii).

A TRUE BILL:

_____
FOREPERSON

_____
2-22-00
DATE

_____
P. MICHAEL PATTERSON
United States Attorney

_____
MICHAEL T. SIMPSON
Assistant United States Attorney

FLN J&C; 3/2000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**WILLIAM LEWIS CASH**

**Case # 4:00cr8-01**

**Defendant's Attorney:**
**Richard Higdon Smith (Retained)**
**610 North Duval Street**
**Tallahassee, Florida 32301**

*(handwritten margin text, partially legible:)* Page 1 of ... ENTERED ON DOCKET 8-21-00 BY DAT [Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP] Copies mailed to: USA (x2) Simpson (x2) USP&I(x2) Smith (c.c.) Finance Ct.

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count I and II of the Indictment on May 1, 2000. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii) and 846 | Conspiracy to Distribute and Possess with Intent to Distribute Cocaine | January 23, 2000 | I |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Cocaine | January 23, 2000 | II |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.    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
Defendant's Date of Birth:    5/11/72
Deft's U.S. Marshal No.:    11417-017

Defendant's Residence Address:
100 Elm Drive
Montgomery, Alabama 36117
Defendant's Mailing Address:
100 Elm Drive
Montgomery, Alabama 36117

*(stamp:)* OFFICE OF CLERK U.S. DIST. CT. NORTHERN DIST. FLA. TALLAHASSEE, FLA. 00 AUG 21 PM 3: 06

Date of Imposition of Sentence:
August 4, 2000

*Robert Hinkle* (signature)

ROBERT L. HINKLE
UNITED STATES DISTRICT JUDGE

August _21_, 2000

FILED

35

FLN J&C; 3/2000

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **100 months as to Counts I and II, with said terms to run concurrently with each other**.

The Court recommends to the Bureau of Prisons:

**The defendant be designated to a facility as near to Montgomery, Alabama as possible.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

WILLIAM LEWIS CASH    4:00cr8-01

FLN J&C; 3/2000                                                          Page 3 of 7

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **4 years as to Count I and 3 years as to Count II, with Count II to run concurrently with Count I.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

For offenses committed on or after September 13, 1994: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1.      The defendant shall not leave the judicial district without the permission of the Court or probation officer;

2.      The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.      The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.      The defendant shall support his or her dependents and meet other family responsibilities;

5.      The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.      The defendant shall notify the probation officer **10 days prior** to any change in residence or employment, unless otherwise directed by the probation officer;

7.      The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8.      The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.      The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

WILLIAM LEWIS CASH        4:00cr8-01

FLN J&C; 3/2000                                                                                          Page 4 of 7

10.     The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.     The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court;

13.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14.     If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.     The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2.     The defendant shall not own or possess a firearm, dangerous weapon, or destructive device.

3.     The defendant shall submit to testing to determine whether he is using drugs or alcohol as may be directed by the probation officer.

4.     The defendant shall participate in a program of substance abuse treatment as may be directed by the probation officer.

5.     The defendant shall provide the probation officer all requested financial information, business or personal.

6.     The defendant shall cooperate with the probation department and/or the appropriate state agency in the establishment and enforcement of child support payments and shall make all required child support payments.

WILLIAM LEWIS CASH      4:00cr8-01

FLN J&C; 3/2000                                                              Page 5 of 7

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7795. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $200.00 | -0- | -0- |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$200.00** is imposed.

No fine imposed.

WILLIAM LEWIS CASH        4:00cr8-01

FLN J&C; 3/2000                                                                      Page 6 of 7

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.


In full immediately

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

If this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

WILLIAM LEWIS CASH        4:00cr8-01

FLN J&C; 3/2000                                                                              Page 7 of 7

# STATEMENT OF REASONS

The court adopts the factual findings and guideline application in the presentence report except:

**The defendant did not obstruct or attempt to obstruct justice in this case based upon his testimony at a pretrial hearing and, therefore, a two-level enhancement is not warranted. Further, the defendant accepted responsibility for his involvement in the instant offense as required by § 3E1.1, therefore, a two-level reduction is warranted.**

**Guideline Range Determined by the Court:**

    Total Offense Level: **24**

    Criminal History Category: **VI**

    Imprisonment Range: **100 to 125 months**

    Supervised Release Range: **4 years**

    Fine Range: **$10,000.00 to $3,000,000.00**

       **Fine waived or below the guideline range.**

The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

**The specific sentence of 100 months is at the bottom of the guideline range and is imposed in recognition of the defendant's criminal history and involvement in the offense.**

WILLIAM LEWIS CASH        4:00cr8-01

APPEAL, MERGED, WCS

# U.S. District Court
## Northern District of Florida - District Version 2.5 (Tallahassee)
## CRIMINAL DOCKET FOR CASE #: 4:00-cr-00008-RH-WCS-ALL
### Internal Use Only

Case title: USA v. CASH

Magistrate judge case numbers: 4:00-mj-00019
4:00-mj-00020

Date Filed: 02/23/2000

Assigned to: CHIEF JUDGE ROBERT
L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

**Defendant**

**WILLIAM LEWIS CASH** (1)
*TERMINATED: 08/21/2000*

represented by **WILLIAM LEWIS CASH**
11417-017
FCI TALLADEGA
PMB 1000
TALLADEGA, AL 35160-8799
PRO SE

**RANDOLPH P MURRELL**
FEDERAL PUBLIC DEFENDER
OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850/942-8818
Fax: 942-8809
Email: Randolph_Murrell@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**RICHARD HIGDON SMITH**
STEPHEN S DOBSON III PA -
TALLAHASSEE FL
610 N DUVAL ST
TALLAHASSEE, FL 32301
850/224-2683
Fax: 224-2283
Email: rsmith@dkslaw.org
*TERMINATED: 08/21/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1-2) | |
| | 8/21/00 - Pled guilty to counts 1 and 2: 100 months imprisonment, 48 months supervised release, special monetary assessment. |
| 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE (1-2) | 8/11/04 REIMPOSED JUDGMENT ... Defendant is committed to BOP custody for a term of 100 months as to Counts 1 and 2, with said terms to run concurrently with each other. Supervised Release for a term of 4 years as to Count 1 and 3 years as to Count 2, with Count 2 to run concurrently with Count 1. |
| | 7/14/05 - MANDATE from USCA Judgment Vacated and Remanaded |
| | 7/27/05 - Dft remanded to the Custody of BOP for a term of Imprisonment of 82 months; Supervised Release of 4 years; SMA $200.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| Conspiracy to possess with intent to distribute cocaine HCI in violation of Title 21 USC, Sections 841 and 846 [ 4:00-m -19 ] | 2/23/00 - Inidctment Filed |

Assigned to: CHIEF JUDGE ROBERT
L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

**Defendant**

**CHRISTOPHER CHARLES
WILLIAMS** (2)
*TERMINATED: 03/04/2003*

represented by **CHRISTOPHER CHARLES
WILLIAMS**
09619
FPC MONTGOMERY
MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112
PRO SE

**WILLIAM ROURK CLARK, JR**
FEDERAL PUBLIC DEFENDER
OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850/942-8818
Fax: 942-8809
Email: william_clark@fd.org
*TERMINATED: 03/04/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**Pending Counts**

21:841A=CD.F CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE
(1-2)

**Disposition**

Pled guilty to counts 1 and 2: 68
months imprisonment, 72 months
supervised release, $200 special
monetary assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

## Complaints

Conspiracy to possess with intent to
distribute cocaine HCL in violation of
Title 21, USC, Sections 841 and 846 [
4:00-m -20 ]

## Disposition

## Plaintiff

**USA**

represented by **MICHAEL THOMAS SIMPSON**
US ATTORNEY - TALLAHASSEE
FL
NORTHERN DISTRICT OF
FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850/942-8430
Fax: 850/942-8424
Email: michael.t.simpson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2000 | 1 | COMPLAINT as to WILLIAM LEWIS CASH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/02/2000) |
| 02/02/2000 | | Warrant for Arrest issued as to WILLIAM LEWIS CASH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/02/2000) |
| 02/02/2000 | 1 | COMPLAINT as to CHRISTOPHER CHARLES WILLIAMS [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/02/2000) |
| 02/02/2000 | | Warrant for Arrest issued as to CHRISTOPHER CHARLES WILLIAMS [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/02/2000) |
| 02/03/2000 | 2 | INITIAL APPEARANCE Minutes as to defendant WILLIAM LEWIS CASH held; Preliminary Examination and Detention Hearing set for 2:00 2/7/00 for WILLIAM LEWIS CASH. (Court Reporter: Tape 2000-3) (Defendant informed of rights.) [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | | **Added for WILLIAM LEWIS CASH Attorney RICHARD HIGDON SMITH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | | **Added Government Attorney MICHAEL THOMAS SIMPSON as to WILLIAM LEWIS CASH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: |

| | | 02/03/2000) |
|---|---|---|
| 02/03/2000 | 3 | ORDER of Temporary Detention by Magistrate Judge William C. Sherrill Jr. as to defendant WILLIAM LEWIS CASH. Detention Hearing set for 2:00 2/7/00. Copies sent as noted on document. [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | | **Added Government Attorney MICHAEL THOMAS SIMPSON as to CHRISTOPHER CHARLES WILLIAMS [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | | **Added for CHRISTOPHER CHARLES WILLIAMS Attorney WILLIAM ROURK CLARK JR [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | 2 | INITIAL APPEARANCE Minutes as to defendant CHRISTOPHER CHARLES WILLIAMS held; Preliminary Examination and Detention Hearing set for 2:00 2/7/00. ( Court Reporter: Tape 2000-3) (Defendant informed of rights.) [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | 3 | CJA 23 Financial Affidavit by defendant CHRISTOPHER CHARLES WILLIAMS [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | 4 | ORDER by Magistrate Judge William C. Sherrill Jr. Appointing Federal Public Defender for defendant CHRISTOPHER CHARLES WILLIAMS. Copies sent as noted on document. [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | 5 | ORDER of Temporary Detention by Magistrate Judge William C. Sherrill Jr. as to defendant CHRISTOPHER CHARLES WILLIAMS. Detention Hearing set for 2:00 2/7/00. Copies sent as noted on document. [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/03/2000) |
| 02/03/2000 | 8 | Warrant for Arrest as to CHRISTOPHER CHARLES WILLIAMS returned executed on 2/3/00 by Randy Belyew, DUSM [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/08/2000) |
| 02/03/2000 | 6 | Warrant for Arrest as to WILLIAM LEWIS CASH returned executed on 2/3/00 by Randy Belyew, DUSM [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/08/2000) |
| 02/07/2000 | 4 | Minute entry: Preliminary Exam and Detention Hearing as to defendant WILLIAM LEWIS CASH. Court finds probable cause; deft is ordered detained. Court Reporter: Tape 2000-4 [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/07/2000) |
| 02/07/2000 | 5 | ORDER OF DETENTION Pending Trial by Magistrate Judge William C. Sherrill Jr. as to defendant WILLIAM LEWIS CASH. Copies sent to AUSA, USPO, USM, defense counsel and defendant. [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/07/2000) |

| 02/07/2000 | 6 | Minute entry: Preliminary Exam and Detention Hearing as to defendant CHRISTOPHER CHARLES WILLIAMS. Court finds probable cause; deft is ordered detained. Court Reporter: Tape 2000-4 [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/07/2000) |
|---|---|---|
| 02/07/2000 | 7 | ORDER OF DETENTION Pending Trial by Magistrate Judge William C. Sherrill Jr. as to defendant CHRISTOPHER CHARLES WILLIAMS. Copies sent to AUSA, USPO, USM, defense counsel and defendant. [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/07/2000) |
| 02/23/2000 | | Indictment filed as to WILLIAM LEWIS CASH -- See indictment 4:00cr8-RH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/24/2000) |
| 02/23/2000 | | **Case closed as to WILLIAM LEWIS CASH (all defendants). See indictment 4:00cr8-RH [ 4:00-m -19 ] (amm,Tallahassee) (Entered: 02/24/2000) |
| 02/23/2000 | | Indictment filed as to CHRISTOPHER CHARLES WILLIAMS -- 4:00cr8-RH [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/24/2000) |
| 02/23/2000 | | **Case closed as to CHRISTOPHER CHARLES WILLIAMS (all defendants). See indictment 4:00cr8-RH [ 4:00-m -20 ] (amm,Tallahassee) (Entered: 02/24/2000) |
| 02/23/2000 | | **Added Government Attorney MICHAEL THOMAS SIMPSON as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 02/24/2000) |
| 02/23/2000 | 9 | INDICTMENT as to WILLIAM LEWIS CASH (1) count(s) 1-2, CHRISTOPHER CHARLES WILLIAMS (2) count(s) 1-2 (Copies sent to AUSA, USPO, and USM) (former employee) (Entered: 02/24/2000) |
| 02/23/2000 | 10 | INFORMATION SHEET as to defendant WILLIAM LEWIS CASH in Location Status of LC (former employee) (Entered: 02/24/2000) |
| 02/23/2000 | 11 | INFORMATION SHEET as to defendant CHRISTOPHER CHARLES WILLIAMS in Location Status of LC (former employee) (Entered: 02/24/2000) |
| 02/23/2000 | | ***Update Disposition Information: WILLIAM LEWIS CASH (1) (vjr, Tallahassee) (Entered: 08/01/2005) |
| 02/24/2000 | | **Procedural Interval start P9 as to WILLIAM LEWIS CASH (1) count(s) cmp [ 4:00-m -19 ] (former employee) (Entered: 02/24/2000) |
| 02/24/2000 | | **Procedural Interval start P9 as to CHRISTOPHER CHARLES WILLIAMS (1) count(s) cmp [ 4:00-m -20 ] (former employee) (Entered: 02/24/2000) |
| 02/24/2000 | 12 | NOTICE of Hearing as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS, Setting arraignment date for 3:00 3/9/00 for WILLIAM LEWIS CASH, for CHRISTOPHER CHARLES WILLIAMS . Copies sent as noted on document. (former employee) (Entered: 02/24/2000) |

| 03/09/2000 | 13 | ARRAIGNMENT as to WILLIAM LEWIS CASH held [ Court Reporter: Tape 2000-4 ] Trial set for 5/1/00 Plea not guilty as charged. (amm,Tallahassee) (Entered: 03/09/2000) |
| 03/09/2000 | 14 | ARRAIGNMENT as to CHRISTOPHER CHARLES WILLIAMS held [ Court Reporter: Tape 2000-4 ] Trial set for 5/1/00 Plea not guilty as charged. (amm,Tallahassee) (Entered: 03/09/2000) |
| 03/09/2000 | 15 | ORDER by Magistrate Judge William C. Sherrill Jr. as to defendant WILLIAM LEWIS CASH, defendant CHRISTOPHER CHARLES WILLIAMS setting Jury Trial and Selection for 9:30 5/1/00. Copies sent as noted on document. (amm,Tallahassee) (Entered: 03/09/2000) |
| 04/17/2000 | 16 | INFORMATION and NOTICE of intent to seek enhancement by USA as to CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 04/18/2000) |
| 04/17/2000 | 17 | AMENDED INFORMATION and NOTICE of intent to seek enhancement by USA as to CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 04/18/2000) |
| 04/19/2000 | 18 | MOTION by WILLIAM LEWIS CASH for Hearing Re: entrapment at trial (former employee) (Entered: 04/19/2000) |
| 04/20/2000 | | Motion submission with file to Judge Robert L. Hinkle Re: [18-1] motion for Hearing Re: entrapment at trial by WILLIAM LEWIS CASH (former employee) (Entered: 04/20/2000) |
| 04/24/2000 | 19 | NOTICE of Hearing as to WILLIAM LEWIS CASH, setting Evidentiary Hearing deadline for 10:30 4/27/00 for WILLIAM LEWIS CASH re: [18-1] motion for Hearing Re: entrapment at trial by WILLIAM LEWIS CASH Copies sent as noted on document. (vjr,Tallahassee) (Entered: 04/24/2000) |
| 04/27/2000 | 20 | NOTICE of Hearing as to WILLIAM LEWIS CASH, setting change of plea hearing for 9:30 4/28/00 for WILLIAM LEWIS CASH Copies sent as noted on document. (vjr,Tallahassee) (Entered: 04/27/2000) |
| 04/28/2000 | 21 | Re-arraignment hearing cancelled, MINUTE entry: Continue to 5/1/00 for Plea or Jury Trial as to WILLIAM LEWIS CASH Court Reporter: Judy Ellan (vjr,Tallahassee) (Entered: 04/28/2000) |
| 05/01/2000 | 22 | STATEMENT of Facts as to WILLIAM LEWIS CASH (vjr,Tallahassee) (Entered: 05/01/2000) |
| 05/01/2000 | 23 | Plea Agreement as to WILLIAM LEWIS CASH (Copies to: AUSA, USPO, Smith) (vjr,Tallahassee) (Entered: 05/01/2000) |
| 05/01/2000 | 24 | REARRAIGNMENT Minutes as to WILLIAM LEWIS CASH held, Dft plead guilty to count 1 & 2 of the Indictment, Sentencing set for 8/2/00 @ 11:00 am [ Court Reporter: Judy Ellan ] (vjr,Tallahassee) (Entered: 05/01/2000) |

| 05/01/2000 |    | PLEA of Guilty: WILLIAM LEWIS CASH (1) count(s) 1-2 Terminated Motions [18-1] motion for Hearing Re: entrapment at trial as to WILLIAM LEWIS CASH (1) ; Court accepts plea. Sentencing set for 11:00 8/2/00 for WILLIAM LEWIS CASH . Court Reporter: Judy Ellan (vjr,Tallahassee) (Entered: 05/01/2000) |
|------------|----|-------------------------------------------------------------------|
| 05/01/2000 | 25 | TRANSCRIPT of Hearing Date(s): 4/27/00 Court Reporter/Tape Number: Ellan Number of Pages: 46 Re: evidentiary hearing as to WILLIAM LEWIS CASH (former employee) (Entered: 05/02/2000) |
| 05/01/2000 | 26 | REARRAIGNMENT Minutes as to CHRISTOPHER CHARLES WILLIAMS held, Dft plead guilty to count 1 & 2 of the Indictment. Sentencing set on 8/2/00 @ 11:00 am [ Court Reporter: Judy Ellan ] (vjr,Tallahassee) (Entered: 05/02/2000) |
| 05/01/2000 | 28 | Requested Jury Instructions by USA as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS (vjr,Tallahassee) (Entered: 05/02/2000) |
| 05/01/2000 | 29 | Witness list by USA as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS (vjr,Tallahassee) (Entered: 05/02/2000) |
| 05/01/2000 | 30 | EXHIBIT List by USA as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS (vjr,Tallahassee) (Entered: 05/02/2000) |
| 05/02/2000 |    | PLEA of Guilty: CHRISTOPHER CHARLES WILLIAMS (2) count(s) 1-2 ; Court accepts plea. Sentencing set for 11:00 8/2/00 for CHRISTOPHER CHARLES WILLIAMS . Court Reporter: Judy Ellan (vjr,Tallahassee) (Entered: 05/02/2000) |
| 05/02/2000 | 27 | NOTICE of Hearing as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS, setting sentencing date for 11:00 8/2/00 for WILLIAM LEWIS CASH, for CHRISTOPHER CHARLES WILLIAMS Copies sent as noted on document. (vjr,Tallahassee) (Entered: 05/02/2000) |
| 06/22/2000 | 31 | LETTER USPO PSR Re: PSR Report for defendant CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 06/22/2000) |
| 08/01/2000 | 32 | NOTICE of Hearing as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS, Resetting sentencing date for 1:00 8/4/00 for WILLIAM LEWIS CASH, for CHRISTOPHER CHARLES WILLIAMS Copies sent as noted on document. (former employee) (Entered: 08/01/2000) |
| 08/04/2000 | 33 | MINUTE entry: as to CHRISTOPHER CHARLES WILLIAMS Court Reporter: Judy Ellan seteting sentencing date for 1:00 9/14/00 for CHRISTOPHER CHARLES WILLIAMS (vjr,Tallahassee) (Entered: 08/04/2000) |
| 08/04/2000 | 34 | SENTENCING Minutes as to WILLIAM LEWIS CASH held, Dft remanded to custody of BOP for a ter of Imprisonment of 100 months |

| | | to run concurrently. Fine waived, SMA $200., Supervised Release of 4 years. [ Court Reporter: Judy Ellan ] WILLIAM LEWIS CASH (1) count(s) 1-2 (vjr,Tallahassee) (Entered: 08/04/2000) |
|---|---|---|
| 08/21/2000 | 35 | JUDGMENT by Judge Robert L. Hinkle WILLIAM LEWIS CASH (1) count(s) 1-2. Pled guilty to counts 1 and 2: 100 months imprisonment, 48 months supervised release, $200 special monetary assessment. Copies sent as noted on document. (former employee) (Entered: 08/21/2000) |
| 08/21/2000 | | **Termination of party WILLIAM LEWIS CASH pending deadlines and pending motions as to WILLIAM LEWIS CASH (former employee) (Entered: 08/21/2000) |
| 08/25/2000 | 36 | MOTION by CHRISTOPHER CHARLES WILLIAMS to be sentenced pursuant to 21 U.S.C. 841 (b)(1)(C) or be allowed to withdraw plea (former employee) (Entered: 08/25/2000) |
| 08/28/2000 | | MOTION submission with file to Judge Robert L. Hinkle Re: [36-1] motion to be sentenced pursuant to 21 U.S.C. 841 (b)(1)(C) or be allowed to withdraw plea by CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 08/28/2000) |
| 09/08/2000 | 37 | NOTICE of election by USA as to CHRISTOPHER CHARLES WILLIAMS (former employee) (Entered: 09/11/2000) |
| 09/14/2000 | 38 | SENTENCING Minutes as to CHRISTOPHER CHARLES WILLIAMS held, Dft remanded to custody of BOP for a term of 68 months. Fine waived, SMA $200., Supervised Release of 6 years. [ Court Reporter: Judy Ellan ] CHRISTOPHER CHARLES (2) count(s) 1-2 (vjr,Tallahassee) (Entered: 09/14/2000) |
| 09/19/2000 | 39 | JUDGMENT by Judge Robert L. Hinkle CHRISTOPHER CHARLES WILLIAMS (2) count(s) 1-2. Pled guilty to counts 1 and 2: 68 months imprisonment, 72 months supervised release, $200 special monetary assessment. Copies sent as noted on document. (former employee) (Entered: 09/19/2000) |
| 09/19/2000 | | **Case closed as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS (all defendants). (former employee) (Entered: 09/19/2000) |
| 09/19/2000 | | **Terminated document(s) as to CHRISTOPHER CHARLES WILLIAMS : [36-1] motion to be sentenced pursuant to 21 U.S.C. 841 (b)(1)(C) or be allowed to withdraw plea as to CHRISTOPHER CHARLES WILLIAMS (2) (former employee) (Entered: 09/19/2000) |
| 10/13/2000 | 40 | JUDGMENT Returned Executed as to WILLIAM LEWIS CASH on 9/28/00 at location: USP Atlanta (former employee) (Entered: 10/16/2000) |
| 11/28/2000 | 41 | JUDGMENT Returned Executed as to WILLIAM LEWIS CASH on 9/28/00 at location: USP Atlanta (former employee) (Entered: |

| | | 11/28/2000) |
|---|---|---|
| 12/15/2000 | 42 | JUDGMENT Returned Executed as to CHRISTOPHER CHARLES WILLIAMS on 11/20/00 at location: Maxwell AFB (former employee) (Entered: 12/15/2000) |
| 04/26/2001 | 43 | ORDER by Judge Robert L. Hinkle as to WILLIAM LEWIS CASH approving reimbursement of overpayment of fine ($25.00) Copies sent as noted on document. (former employee) (Entered: 04/26/2001) |
| 08/07/2001 | 44 | JUDGMENT Returned Executed as to CHRISTOPHER CHARLES WILLIAMS on 11/20/00 at location: FPC Maxwell AFB (former employee) (Entered: 08/08/2001) |
| 08/08/2001 | 45 | MOTION by defendant WILLIAM LEWIS CASH to Vacate under 28 U.S.C. 2255 civil case 4:01cv371-RH; 2 service copies (amm,Tallahassee) (Entered: 08/14/2001) |
| 08/08/2001 | 46 | MOTION by defendant WILLIAM LEWIS CASH for Leave to File memorandum of law in support Re: [45-1] motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH (amm,Tallahassee) (Entered: 08/14/2001) |
| 08/08/2001 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [46-1] motion for Leave to File memorandum of law in support Re: [45-1] motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH, [45-1] motion to Vacate under 28 U.S.C. 2255 (amm,Tallahassee) (Entered: 08/14/2001) |
| 08/08/2001 | | **ADDED Magistrate Judge William C. Sherrill Jr (amm,Tallahassee) (Entered: 08/14/2001) |
| 08/08/2001 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for status check of 2255 case by: 10/1/01 (amm,Tallahassee) (Entered: 08/14/2001) |
| 08/08/2001 | ❶ | Judge update in case as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS. Judge WILLIAM C SHERRILL added. (mbs, Tallahassee) (Entered: 01/15/2004) |
| 08/21/2001 | 47 | MOTION by CHRISTOPHER CHARLES WILLIAMS SEALED MOTION (Unsealed per order doc. 48) (former employee) Modified on 09/05/2001 (Entered: 08/22/2001) |
| 09/05/2001 | 48 | ORDER, signed 9/4/01, by Judge Robert L. Hinkle as to defendant CHRISTOPHER CHARLES WILLIAMS denying [47-1] motion. The clerk shall unseal Mr. William's motion. The clerk shall provide a copy of this order to Mr. Williams as well as to the attorneys of record for the government and for Mr. Williams. Copies sent as noted on document. (pll,Tallahassee) (Entered: 09/05/2001) |
| 09/14/2001 | 49 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH for Appointment of Counsel |

| | | (pll,Tallahassee) (Entered: 09/17/2001) |
|---|---|---|
| 09/14/2001 | 50 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH to Obtain Grand Jury Transcript (pll,Tallahassee) (Entered: 09/17/2001) |
| 09/14/2001 | 51 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH to Obtain Sentencing Transcript (pll,Tallahassee) (Entered: 09/17/2001) |
| 09/14/2001 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [51-1] motion to Obtain Sentencing Transcript, [50-1] motion to Obtain Grand Jury Transcript, [49-1] motion for Appointment of Counsel (amm,Tallahassee) (Entered: 10/23/2001) |
| 09/17/2001 | 52 | MEMORANDUM by WILLIAM LEWIS CASH in support of [45-1] motion to Vacate under 28 U.S.C. 2255 (pll,Tallahassee) (Entered: 09/17/2001) |
| 10/11/2001 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for status of 2255 motion by: 1/11/02 (pll,Tallahassee) (Entered: 10/11/2001) |
| 11/15/2001 | 53 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH denying [49-1] motion for Appointment of Counsel. Copies sent as noted on document. (amm,Tallahassee) (Entered: 11/15/2001) |
| 11/15/2001 | 54 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH denying [50-1] motion to Obtain Grand Jury Transcript. Copies sent as noted on document. (amm,Tallahassee) (Entered: 11/15/2001) |
| 11/15/2001 | 55 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH denying [51-1] motion to Obtain Sentencing Transcript. Copies sent as noted on document. (amm,Tallahassee) (Entered: 11/15/2001) |
| 11/15/2001 | 56 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH denying as moot [46-1] motion for Leave to File memorandum of law in support Re: [45-1] motion to Vacate under 28 U.S.C. 2255; setting amended pleadings deadline for 12/21/01 re: [45-1] motion to Vacate under 28 U.S.C. 2255 , setting deadline to return file to court for 12/28/01. Copies sent as noted on document. (amm,Tallahassee) (Entered: 11/15/2001) |
| 12/14/2001 | 57 | MOTION by defendant WILLIAM LEWIS CASH to Extend Time to file [45-1] motion to Vacate under 28 U.S.C. 2255 - absence of documents material to motion by WILLIAM LEWIS CASH (amm,Tallahassee) (Entered: 12/14/2001) |

| 12/14/2001 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [57-1] motion to Extend Time to file [45-1] motion to Vacate under 28 U.S.C. 2255 - absence of documents material to motion by WILLIAM LEWIS CASH (amm,Tallahassee) (Entered: 12/14/2001) |
|---|---|---|
| 12/17/2001 | 58 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [57-1] motion to Extend Time to file [45-1] motion to Vacate under 28 U.S.C. 2255 - absence of documents material to motion. resetting motion filing deadline for 1/21/02 , setting deadline to return file to court for 1/28/02. Copies sent as noted on document. (amm,Tallahassee) (Entered: 12/17/2001) |
| 12/26/2001 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: (vjr,Tallahassee) (Entered: 12/26/2001) |
| 01/14/2002 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for status check of 2255 motion by: 4/15/02 (amm,Tallahassee) (Entered: 01/14/2002) |
| 01/14/2002 | 59 | AMENDED MOTION by defendant WILLIAM LEWIS CASH, to Vacate under 28 U.S.C. 2255 (1 service copy provided) (amm,Tallahassee) (Entered: 01/15/2002) |
| 01/14/2002 | 60 | MEMORANDUM by WILLIAM LEWIS CASH in support of [59-2] amended motion (amm,Tallahassee) (Entered: 01/15/2002) |
| 01/14/2002 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [59-1] amended motion to Vacate under 28 U.S.C. 2255, [59-2] amended motion (pll,Tallahassee) (Entered: 04/02/2002) |
| 01/28/2002 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: [59-1] amended motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH (amm,Tallahassee) (Entered: 01/28/2002) |
| 04/18/2002 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for status of pending 2255 motion by: 7/15/02 (pll,Tallahassee) (Entered: 04/18/2002) |
| 07/19/2002 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for - defendant WILLIAM LEWIS CASH status of pending 2255 motion by: 10/15/02 (pll,Tallahassee) (Entered: 07/19/2002) |
| 08/27/2002 | 61 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH Setting response to motion deadline for 10/30/02 for USA Re: [59-1] amended motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH , Setting deadline for - defendant WILLIAM LEWIS CASH reply to respopnse by AUSA by: 12/2/02 , Setting deadline to return file to court for 12/9/02 Copies sent as noted on document. (pll,Tallahassee) (Entered: 08/27/2002) |

| 10/18/2002 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: status of pending 2255. (pll,Tallahassee) (Entered: 10/18/2002) |
|---|---|---|
| 10/28/2002 | 62 | TRANSCRIPT re: [24-1] rearraignment hearing Transcript Date: 5/1/00 Court Reporter/Tape Number: Judy Gagnon Volume: 1 Number of Pages: 36 Re: rearraignment proceedings as to defendant WILLIAM LEWIS CASH (mbs,Tallahassee) (Entered: 10/28/2002) |
| 10/28/2002 | 63 | TRANSCRIPT Re: [38-1] sentence hearing, [34-1] sentence hearing Transcript Date: 8/4/00 Court Reporter/Tape Number: Judy Gagnon Volume: 1 Number of Pages: 105 Re: sentencings as to defendant WILLIAM LEWIS CASH, defendant CHRISTOPHER CHARLES WILLIAMS (mbs,Tallahassee) (Entered: 10/28/2002) |
| 10/30/2002 | 64 | MOTION by USA as to WILLIAM LEWIS CASH for Extension of Time (pll,Tallahassee) (Entered: 10/31/2002) |
| 10/31/2002 | | MOTION submission to Judge Robert L. Hinkle Re: [64-1] motion for Extension of Time by USA (pll,Tallahassee) (Entered: 10/31/2002) |
| 11/04/2002 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [64-1] motion for Extension of Time (pll,Tallahassee) (Entered: 11/04/2002) |
| 11/05/2002 | 65 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [64-1] motion for Extension of Time as to WILLIAM LEWIS CASH (1) Resetting response to motion deadline for 12/5/02 for USA Re: [59-1] amended motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH, [59-2] amended motion by WILLIAM LEWIS CASH, Setting deadline for - defendant WILLIAM LEWIS CASH reply to response, if desired by: 1/6/03 , Resetting deadline to return file to court for 1/13/03 Copies sent as noted on document. (pll,Tallahassee) (Entered: 11/06/2002) |
| 11/05/2002 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: reset by [65-4] order (pll,Tallahassee) (Entered: 11/06/2002) |
| 12/12/2002 | 66 | MOTION by USA as to WILLIAM LEWIS CASH for Extension of Time (pll,Tallahassee) (Entered: 12/12/2002) |
| 12/12/2002 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [66-1] motion for Extension of Time (pll,Tallahassee) (Entered: 12/12/2002) |
| 12/13/2002 | 67 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [66-1] motion for Extension of Time as to WILLIAM LEWIS CASH (1) Resetting response to motion deadline for 1/3/03 for USA Re: [59-1] amended motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH, [59-2] amended motion by WILLIAM LEWIS CASH, Setting deadline for - defendant WILLIAM LEWIS CASH reply to response by: 2/6/03 , Resetting deadline to return file to court for 2/13/03 Copies sent as noted on |

| | | |
|---|---|---|
| | | document. (pll,Tallahassee) (Entered: 12/16/2002) |
| 12/13/2002 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: [67-4] order (pll,Tallahassee) (Entered: 12/16/2002) |
| 01/06/2003 | 68 | RESPONSE by plaintiff USA Re: [59-2] amended motion by WILLIAM LEWIS CASH (pll,Tallahassee) (Entered: 01/06/2003) |
| 01/06/2003 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: [68-1] response by USA (pll,Tallahassee) (Entered: 01/06/2003) |
| 01/13/2003 | 69 | AFFIDAVIT by plaintiff USA as to defendant WILLIAM LEWIS CASH Re: [68-1] response (pll,Tallahassee) (Entered: 01/14/2003) |
| 01/17/2003 | 70 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [68-1] response as timely. Setting deadline for - defendant WILLIAM LEWIS CASH respnse to AUSA's response, doc. 68, by: 2/10/03 , Setting deadline to return file to court for 2/18/03 Copies sent as noted on document. (pll,Tallahassee) (Entered: 01/17/2003) |
| 01/17/2003 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: [70-3] order (pll,Tallahassee) (Entered: 02/07/2003) |
| 01/27/2003 | 71 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH for an Enlargement of Time File Petitioner's Rebuttal Reply (pll,Tallahassee) (Entered: 01/28/2003) |
| 01/28/2003 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [71-1] motion for an Enlargement of Time File Petitioner's Rebuttal Reply (pll,Tallahassee) (Entered: 01/28/2003) |
| 01/30/2003 | 72 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [68-1] Motion/ Response. Granting [71-1] motion for an Enlargement of Time File Petitioner's Rebuttal Reply as to WILLIAM LEWIS CASH (1) Setting deadline for - defendant WILLIAM LEWIS CASH reply to response by: 3/7/03 Copies sent as noted on document. (pll,Tallahassee) (Entered: 01/30/2003) |
| 01/30/2003 | | **Terminated deadlines as to WILLIAM LEWIS CASH Re: [72-1] relief Setting deadline for - defendant WILLIAM LEWIS CASH reply to response by: 3/7/03 (pll,Tallahassee) (Entered: 02/12/2003) |
| 01/31/2003 | 73 | NOTICE of Mailing (Transcripts) by USA as to defendant WILLIAM LEWIS CASH (pll,Tallahassee) (Entered: 02/03/2003) |
| 03/04/2003 | | **Termination of party CHRISTOPHER CHARLES WILLIAMS pending deadlines and pending motions as to CHRISTOPHER CHARLES WILLIAMS, (pll,Tallahassee) (Entered: 03/04/2003) |
| 03/12/2003 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for - defendant WILLIAM LEWIS CASH status of pending 2255 motion by: 6/11/03 (pll,Tallahassee) (Entered: 03/12/2003) |

| 03/12/2003 | 74 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH to Extend Time (pll,Tallahassee) (Entered: 03/13/2003) |
|---|---|---|
| 03/13/2003 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [74-1] motion to Extend Time (pll,Tallahassee) (Entered: 03/13/2003) |
| 03/14/2003 | 75 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH granting [74-1] motion to Extend Time as to WILLIAM LEWIS CASH (1) Setting deadline for - defendant WILLIAM LEWIS CASH to file rebuttal by: 4/4/03 , setting deadline to return file to court for 4/11/03 Re: [74-1] motion to Extend Time by WILLIAM LEWIS CASH Copies sent as noted on document. (mbs,Tallahassee) (Entered: 03/14/2003) |
| 04/10/2003 | 76 | REPLY by defendant WILLIAM LEWIS CASH to response to [59-1] amended motion to Vacate under 28 U.S.C. 2255 by WILLIAM LEWIS CASH, [59-2] amended motion by WILLIAM LEWIS CASH . (pll,Tallahassee) (Entered: 04/11/2003) |
| 04/11/2003 | | File Returned to Court: to Magistrate Judge William C. Sherrill Jr Re: [76-1] motion reply by WILLIAM LEWIS CASH (pll,Tallahassee) (Entered: 04/11/2003) |
| 06/13/2003 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for status of pending 2255 motion by: 9/11/03 (pll,Tallahassee) (Entered: 06/13/2003) |
| 07/28/2003 | 77 | ORDER by Magistrate Judge William C. Sherrill Jr as to defendant WILLIAM LEWIS CASH Setting ifp motion filing deadline for 8/29/03 for WILLIAM LEWIS CASH , Setting deadline to return file to court for 9/8/03 Copies sent as noted on document. (pll,Tallahassee) (Entered: 07/28/2003) |
| 08/11/2003 | 78 | MOTION by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH to Proceed in Forma Pauperis (pll,Tallahassee) (Entered: 08/12/2003) |
| 08/11/2003 | 79 | AFFIDAVIT by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH Re: [78-1] motion to Proceed in Forma Pauperis (pll,Tallahassee) (Entered: 08/12/2003) |
| 08/12/2003 | | Motion(s) referred to Magistrate Judge William C. Sherrill Jr as to WILLIAM LEWIS CASH : [78-1] motion to Proceed in Forma Pauperis (pll,Tallahassee) (Entered: 08/12/2003) |
| 08/12/2003 | | File Returned to Court: to Magistrate Judge William C. Sherrill Jr Re: [79-1] affidavit by WILLIAM LEWIS CASH, [78-1] motion to Proceed in Forma Pauperis by WILLIAM LEWIS CASH (pll,Tallahassee) (Entered: 08/12/2003) |

| 09/11/2003 | | Deadline updated as to defendant WILLIAM LEWIS CASH Setting deadline for - defendant WILLIAM LEWIS CASH status of pending 2255 by: 12/11/03 (pll,Tallahassee) (Entered: 09/11/2003) |
| --- | --- | --- |
| 09/17/2003 | 80 | ORDER TO SHOW CAUSE by Magistrate Judge William C. Sherrill Jr directed to defendant WILLIAM LEWIS CASH to show cause: failure to file an affidavit Show Cause Response due by 9/30/03 Copies sent as noted on document. (pll,Tallahassee) (Entered: 09/17/2003) |
| 09/30/2003 | 81 | AFFIDAVIT by defendant WILLIAM LEWIS CASH as to defendant WILLIAM LEWIS CASH Re: [59-1] amended motion to Vacate under 28 U.S.C. 2255, [59-2] amended motion (pll,Tallahassee) (Entered: 10/01/2003) |
| 10/01/2003 | | File Returned to Court: to Magistrate Judge William C. Sherrill Jr Re: [81-1] affidavit by WILLIAM LEWIS CASH (pll,Tallahassee) (Entered: 10/01/2003) |
| 12/22/2003 | ❶82 | REPORT AND RECOMMENDATIONS as to WILLIAM LEWIS CASH re 59 Motion for Miscellaneous ReliefMotion to Amend/Correct Objections to R&R due by 1/19/2004. Signed by Judge WILLIAM C SHERRILL JR on 12/22/03. (als, Tallahassee) (Entered: 12/23/2003) |
| 12/22/2003 | | ***Motions terminated as to WILLIAM LEWIS CASH : [78] Motion for Leave to Appeal In Forma Pauperis filed by WILLIAM LEWIS CASH. R&R entered on 12/23/03 doc 82 (amm, Tallahassee) (Entered: 02/20/2004) |
| 01/08/2004 | ❶ | Terminate Deadlines and Hearings as to WILLIAM LEWIS CASH : (als, Tallahassee) (Entered: 01/08/2004) |
| 01/22/2004 | ❶ | ACTION REQUIRED BY CHAMBERS: Chambers of Robert L. Hinkle notified that action is needed Re: 82 REPORT AND RECOMMENDATIONS as to WILLIAM LEWIS CASH re 59 Motion for Miscellaneous ReliefMotion to Amend/Correct (als, Tallahassee) (Entered: 01/22/2004) |
| 01/22/2004 | ❶ | Terminate Deadlines and Hearings as to WILLIAM LEWIS CASH : (als, Tallahassee) (Entered: 01/22/2004) |
| 01/22/2004 | ❶ | Set/Reset Deadline - 90 Day No Activity Deadline set for 4/21/2004 (als, Tallahassee) (Entered: 01/22/2004) |
| 03/17/2004 | ❶83 | ORDER ADOPTING REPORT AND RECOMMENDATION as to WILLIAM LEWIS CASH for 82 Report and Recommendation. Defendant's amended motion for relief is DENIED 59 as to grounds 1-7 and remanded to Magistrate Judge for further proceedings as to ground 8. Judgment is not directed. . Signed by Judge ROBERT L HINKLE on 3/17/04. (als, Tallahassee) (Entered: 03/17/2004) |
| 03/17/2004 | ❶ | ACTION REQUIRED BY CHAMBERS: Chambers of Magistrate William C. Sherrill notified that action is needed Re: 83 Order Adopting Report and Recommendation, and Remanding to Magistrate |

| | | |
|---|---|---|
| | | (als, Tallahassee) (Entered: 03/17/2004) |
| 03/25/2004 | ●84 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to WILLIAM LEWIS CASH RANDOLPH P MURRELL for WILLIAM LEWIS CASH appointed. . Signed by Judge WILLIAM C SHERRILL JR on 3/25/04. (als, Tallahassee) (Entered: 03/25/2004) |
| 03/25/2004 | ●86 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to WILLIAM LEWIS CASH RANDOLPH P MURRELL (CJA) for WILLIAM LEWIS CASH appointed. Signed by Judge WILLIAM C SHERRILL JR on 3/25/04. (esf, Tallahassee) (Entered: 03/29/2004) |
| 03/26/2004 | ●85 | NOTICE OF ATTORNEY APPEARANCE: RANDOLPH P MURRELL appearing for WILLIAM LEWIS CASH (MURRELL, RANDOLPH) (Entered: 03/26/2004) |
| 03/31/2004 | ●87 | NOTICE OF HEARING as to WILLIAM LEWIS CASH Evidentiary Hearing set for 5/5/2004 09:30 AM in Courtroom 2 South before MAGISTRATE JUDGE WILLIAM C SHERRILL JR.<br><br>*Note: If you or any party, witness or attorney in this matter has a disability that requires special accommodations, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/Anita L. Sullivan*<br>Deputy Clerk (als, Tallahassee) (Entered: 03/31/2004) |
| 03/31/2004 | ●88 | Writ to Obtain Federal Prisoner Issued as to WILLIAM LEWIS CASH for 5/5/04 (als, Tallahassee) (Entered: 03/31/2004) |
| 04/01/2004 | ●89 | NEF Failure Notice: as to WILLIAM LEWIS CASH Re 86 Order Appointing Public Defender. The Electronic Noticing feature for the FLND was not properly functioning on the following date(s)/time(s): 3/29/04. This annotation serves as notice that the documents referenced above were filed and parties not electronically noticed on those days. Documents should not be refiled. Counsel should govern themselves accordingly. (esf, Tallahassee) (Entered: 04/01/2004) |
| 04/01/2004 | ●90 | NEF Failure Notice: as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS Re 86 Order Appointing Public Defender. The Electronic Noticing feature for the FLND was not properly functioning on the following date(s)/time(s): 3/29/04. This annotation serves as notice that the documents referenced above were filed and parties not electronically noticed on those days. Documents should not be refiled. Counsel should govern themselves accordingly. (esf, Tallahassee) (Entered: 04/01/2004) |
| 04/23/2004 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 7/22/2004 (als, Tallahassee) (Entered: 04/23/2004) |

| 05/03/2004 | ◐91 | Sealed Document (als, Tallahassee) (Entered: 05/03/2004) |
|---|---|---|
| 05/03/2004 | ◐92 | Sealed Document (als, Tallahassee) (Entered: 05/03/2004) |
| 05/05/2004 | ◐93 | Minute Entry for proceedings held before Judge WILLIAM C SHERRILL JR:Evidentiary Hearing as to WILLIAM LEWIS CASH held on 5/5/2004. Court GRANTS appeal of defendant. Order to follow. (Court Reporter Lisa Jones.) (als, Tallahassee) (Entered: 05/06/2004) |
| 05/07/2004 | ◐94 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to WILLIAM LEWIS CASH on 5/5/04by USM. (mbs, Tallahassee) (Entered: 05/10/2004) |
| 05/19/2004 | ◐95 | SECOND REPORT AND RECOMMENDATION as to WILLIAM LEWIS CASH following evidentiary hearing per remand on claim, ground eight. Objections to R&R due by 6/16/2004. Signed by Judge WILLIAM C SHERRILL JR on 5/19/04. (als, Tallahassee) (Entered: 05/19/2004) |
| 05/28/2004 | ◐96 | OBJECTION TO REPORT AND RECOMMENDATIONS 95 by WILLIAM LEWIS CASH (MURRELL, RANDOLPH) (Entered: 05/28/2004) |
| 06/07/2004 | ◐97 | ORDER ON RESENTENCING PROCEDURES as to WILLIAM LEWIS CASH. Clerk by separate notice to set resentencing for first date available after July 12, 2004. Defendant shall attend. Defendant to file summary of issues and evidence at least 3 weeks prior to resentencing hearing. Signed by Judge ROBERT L HINKLE on 6/4/04. (mbs, Tallahassee) (Entered: 06/07/2004) |
| 06/08/2004 | ◐98 | NOTICE OF HEARING as to WILLIAM LEWIS CASH<br><br>**RE-Sentencing set for 7/14/2004 09:00 AM in Courtroom 5 before JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301**<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Valerie Rhaburn or Ma'Su Sweeney at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Valerie J. Rhaburn*<br>Courtroom Deputy Clerk(vjr, Tallahassee) (Entered: 06/08/2004) |
| 06/17/2004 | | Terminate Deadlines and Hearings as to WILLIAM LEWIS CASH : Re: 95 REPORT AND RECOMMENDATION as to WILLIAM LEWIS CASH, 96 OBJECTION TO REPORT AND RECOMMENDATIONS 95 by WILLIAM LEWIS CASH |

| | | (MURRELL, RANDOLPH) (als, Tallahassee) (Entered: 06/17/2004) |
|---|---|---|
| 06/22/2004 | ●100 | TRANSCRIPT of SENTENCING Proceedings as to CHRISTOPHER CHARLES WILLIAMS held on 9/14/00 before Judge Robert L. Hinkle. Court Reporter: Judy Gagnon. (als, Tallahassee) (Entered: 06/23/2004) |
| 06/23/2004 | ●99 | NOTICE *of Defendant's Summary of Sentencing Issues* by WILLIAM LEWIS CASH (MURRELL, RANDOLPH) (Entered: 06/23/2004) |
| 07/09/2004 | ●101 | SECOND ORDER ON RESENTENCING PROCEDURES as to WILLIAM LEWIS CASH re 97 Order, 99 Notice (Other) filed by WILLIAM LEWIS CASH . Signed by Judge ROBERT L HINKLE on 7/9/04. (als, Tallahassee) (Entered: 07/09/2004) |
| 07/12/2004 | ●102 | MOTION to Continue by WILLIAM LEWIS CASH. (MURRELL, RANDOLPH) (Entered: 07/12/2004) |
| 07/12/2004 | ●103 | TRANSCRIPT OF EVIDENTIARY HEARING of Proceedings as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS held on 4/27/00 before Judge Robert L. Hinkle. Court Reporter: Judy Gagnon. (als, Tallahassee) (Entered: 07/12/2004) |
| 07/14/2004 | | Terminate Deadlines and Hearings as to WILLIAM LEWIS CASH : Re: [98] NOTICE OF HEARING as to WILLIAM LEWIS CASH<br><br>**RE-Sentencing set for 7/14/2004 09:00 AM in Courtroom 5 before JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301 (als, Tallahassee) (Entered: 07/14/2004)** |
| 07/14/2004 | ●104 | Minute Entry for proceedings held before Judge ROBERT L HINKLE :Re-Sentencing hearing as to WILLIAM LEWIS CASH held on 7/14/2004, Motions terminated as to WILLIAM LEWIS CASH : 102 MOTION to Continue filed by WILLIAM LEWIS CASH. (Court Reporter Judy Gagnon.)<br><br>**Re-Sentencing set for 7/30/2004 12:30 PM in Courtroom 5 before JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301**<br><br>*s/ Valerie J. Rhaburn*<br>Courtroom Deputy Clerk (vjr, Tallahassee) (Entered: 07/16/2004) |
| 07/21/2004 | | ***Documents terminated as to WILLIAM LEWIS CASH, CHRISTOPHER CHARLES WILLIAMS : 95 REPORT AND RECOMMENDATION as to WILLIAM LEWIS CASH. (als, Tallahassee) (Entered: 07/21/2004) |
| 07/21/2004 | ●105 | MOTION to Withdraw Plea of Guilty by WILLIAM LEWIS CASH. (MURRELL, RANDOLPH) (Entered: 07/21/2004) |

| | | |
|---|---|---|
| 07/26/2004 | ●106 | RESPONSE in Opposition by USA as to WILLIAM LEWIS CASH re 105 MOTION to Withdraw Plea of Guilty (SIMPSON, MICHAEL) (Entered: 07/26/2004) |
| 07/30/2004 | ●107 | Minute Entry for proceedings held before Judge ROBERT L HINKLE :Re-Sentencing held on 7/30/2004 for WILLIAM LEWIS CASH (1), 1-2, 100 months imprisonment, 48 months supervised release, $200 special monetary assessment. (Court Reporter Judy Gagnon.) (amm, Tallahassee) (Entered: 08/02/2004) |
| 08/11/2004 | ●108 | REIMPOSED JUDGMENT... Defendant is committed to BOP custody for a term of 100 months as to Counts 1 and 2, with said terms to run concurrently with each other. Supervised Release for a term of 4 years as to Count 1 and 3 years as to Count 2, with Count 2 to run concurrently with Count 1.; Count(s) 1-2; $200 special monetary assessment. . Signed by Judge ROBERT L HINKLE on 8/11/04. (als, Tallahassee) (Entered: 08/16/2004) |
| 08/16/2004 | ●109 | NOTICE OF APPEAL by WILLIAM LEWIS CASH re 108 Judgment, (MURRELL, RANDOLPH) (Entered: 08/16/2004) |
| 08/16/2004 | ●110 | Transmission of Notice of Appeal and Docket Sheet as to WILLIAM LEWIS CASH to US Court of Appeals re 109 Notice of Appeal - Final Judgment (als, Tallahassee) (Entered: 08/18/2004) |
| 08/17/2004 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 11/15/2004 (als, Tallahassee) (Entered: 08/17/2004) |
| 08/18/2004 | ●111 | TRANSCRIPT REQUEST by WILLIAM LEWIS CASH for proceedings held on 5/1/00, 5/5/04, 7/14/04 and 7/30/04 before Judge Sherrill and Hinkle, re 109 Notice of Appeal - Final Judgment (SPIVEY, GWENDOLYN) (Entered: 08/18/2004) |
| 08/20/2004 | ●112 | TRANSCRIPT Acknowledgement - Part II re 109 Notice of Appeal - Final Judgment Court Reporter:Lisa Jones Transcript due by 9/20/2004. (als, Tallahassee) (Entered: 08/23/2004) |
| 08/24/2004 | ●113 | USCA Case Number as to WILLIAM LEWIS CASH 04-14189-C for 109 NOTICE OF APPEAL by WILLIAM LEWIS CASH re 108 Judgment, (MURRELL, RANDOLPH) filed by WILLIAM LEWIS CASH. (als, Tallahassee) (Entered: 08/24/2004) |
| 08/25/2004 | ●114 | TRANSCRIPT Acknowledgement - Part II re 109 Notice of Appeal - Final Judgment Court Reporter:Judy Gagnon Transcript due by 9/19/2004. (als, Tallahassee) (Entered: 08/25/2004) |
| 08/25/2004 | ●115 | NOTICE of Filing Transcript by Court Reporter in District Court - re 109 Notice of Appeal - Final Judgment, 112 Transcript Acknowledgement - Part II Court Reporter: Lisa Jones re: Evidentiary Hearing on 5/5/04. (als, Tallahassee) (Entered: 08/26/2004) |
| 08/25/2004 | ●116 | TRANSCRIPT OF EVIDENTIARY HEARING Filed as to WILLIAM LEWIS CASH for dates of 5/5/04 of hearing before Judge Magistrate |

| | | |
|---|---|---|
| | | William C Sherrill, re 109 Notice of Appeal - Final Judgment Court Reporter: Lisa Jones. (als, Tallahassee) (Entered: 08/26/2004) |
| 09/21/2004 | ●117 | TRANSCRIPT OF RESENTENCING filed as to WILLIAM LEWIS CASH for dates of 7/14/04 before Judge Robert L. Hinkle, re 109 Notice of Appeal - Final Judgment Court Reporter: Judy Gagnon. (als, Tallahassee) (Entered: 09/21/2004) |
| 09/21/2004 | ●118 | TRANSCRIPT OF CONTINUED RESENTENCING PROCEEDINGS filed as to WILLIAM LEWIS CASH for dates of 7/30/04 before Judge Robert L. Hinkle, re 109 Notice of Appeal - Final Judgment Court Reporter: Judy Gagnon. (als, Tallahassee) (Entered: 09/21/2004) |
| 09/21/2004 | ●119 | NOTICE of Filing Transcript by Court Reporter in District Court - re 109 Notice of Appeal - Final Judgment, 111 Transcript Request - Appeal Part I Court Reporter: Judy Gagnon (als, Tallahassee) (Entered: 09/21/2004) |
| 11/15/2004 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 2/13/2005 (als, Tallahassee) (Entered: 11/15/2004) |
| 11/18/2004 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 2/16/2005 (als, Tallahassee) (Entered: 11/18/2004) |
| 01/14/2005 | ●120 | SEALED PRESENTENCE INVESTIGATION REPORT (Sealed) as to WILLIAM LEWIS CASH (als, Tallahassee) (Entered: 01/14/2005) |
| 01/19/2005 | ●121 | Certified and Transmitted Record on Appeal as to WILLIAM LEWIS CASH to US Court of Appeals re 109 Notice of Appeal - Final Judgment (als, Tallahassee) (Entered: 01/19/2005) |
| 01/27/2005 | ●122 | USCA Acknowledgement121 Appeal Record Sent to USCAas to WILLIAM LEWIS CASH USCA Appeal # 04-14189-CC (als, Tallahassee) (Entered: 02/01/2005) |
| 02/18/2005 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 5/19/2005 (mbs, Tallahassee) (Entered: 02/18/2005) |
| 02/18/2005 | | Terminate 90-day activity Deadline as to CHRISTOPHER CHARLES WILLIAMS (mbs, Tallahassee) (Entered: 02/18/2005) |
| 05/23/2005 | | Set/Reset Deadline - 90 Day No Activity Deadline set for 8/22/2005 (als, Tallahassee) (Entered: 05/23/2005) |
| 05/26/2005 | ●123 | NOTICE OF HEARING as to WILLIAM LEWIS CASH<br><br>**RE-Sentencing set for 7/14/2005 10:00 AM in Courtroom 5 before CHIEF JUDGE ROBERT L HINKLE. United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301**<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Valerie Rhaburn* |

| | | |
|---|---|---|
| | | *or Ma'Su Sweeney at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Valerie J. Rhaburn*<br>Courtroom Deputy Clerk(vjr, Tallahassee) (Entered: 05/26/2005) |
| 07/07/2005 | ●124 | MANDATE of USCA (Faxed copy) as to WILLIAM LEWIS CASH re 109 Notice of Appeal - Final Judgment (vjr, Tallahassee) (Entered: 07/07/2005) |
| 07/08/2005 | ●125 | MOTION to Continue *Sentencing* by WILLIAM LEWIS CASH. (MURRELL, RANDOLPH) (Entered: 07/08/2005) |
| 07/13/2005 | ●126 | ORDER CONTINUING SENTENCING as to WILLIAM LEWIS CASH - GRANTING 125 MOTION to Continue *Sentencing* filed by WILLIAM LEWIS CASH, Sentencing Rescheduled for 7/27/2005 at 11:00 AM before CHIEF JUDGE ROBERT L HINKLE. Signed by Judge ROBERT L HINKLE on 07/13/05. (dlt, Tallahassee) (Entered: 07/13/2005) |
| 07/14/2005 | ●127 | MANDATE of USCA (certified copy) as to WILLIAM LEWIS CASH re 109 Notice of Appeal - Final Judgment (dlt, Tallahassee) (Entered: 07/18/2005) |
| 07/14/2005 | ● | ACTION REQUIRED BY CHAMBERS: Chambers of Judge HINKLE notified that action is needed Re: 127 MANDATE of USCA (certified copy) as to WILLIAM LEWIS CASH re 109 Notice of Appeal - Final Judgment (dlt, Tallahassee) (dlt, Tallahassee) (Entered: 07/18/2005) |
| 07/15/2005 | ●128 | Sealed Document (dlt, Tallahassee) (Entered: 07/19/2005) |
| 07/16/2005 | ●129 | SEALED ORDER re 128 Sealed Document . Signed by Judge WILLIAM C SHERRILL JR on 07/16/05. (dlt, Tallahassee) (Entered: 07/19/2005) |
| 07/26/2005 | ●130 | MOTION *Sentencing Memorandum* by WILLIAM LEWIS CASH. (MURRELL, RANDOLPH) (Entered: 07/26/2005) |
| 07/27/2005 | ●131 | Minute Entry for proceedings held before Judge ROBERT L HINKLE :Re-Sentencing held on 7/27/2005 for WILLIAM LEWIS CASH (1), Dft remanded to the Custody of BOP for a term of Imprisonment of 82 months; Supervised Release of 4 years; SMA $200.00. Fine Waived. (Court Reporter Judy Gagnon.) (vjr, Tallahassee) Additional attachment(s) added on 8/3/2005 (vjr, Tallahassee). (Entered: 08/01/2005) |
| 07/29/2005 | ●132 | JUDGMENT IN A CRIMINAL CASE as to WILLIAM LEWIS CASH (1), Dft remanded to the Custody of BOP for a term of Imprisonment of 82 months; Supervised Release of 4 years; SMA $200.00 . Signed by Judge ROBERT L HINKLE on 07/29/05. (dlt, Tallahassee) (Entered: 08/01/2005) |

| 07/29/2005 | 🌑133 | Sealed Document (dlt, Tallahassee) (Entered: 08/01/2005) |
|---|---|---|
| 08/02/2005 | 🌑134 | TRANSCRIPT of EXCERPT of Sentencing Proceedings as to WILLIAM LEWIS CASH held on 07/27/05 before Judge Robert L. Hinkle, Chief United States District Judge. Court Reporter: Judy Gagnon. (dlt, Tallahassee) (Entered: 08/02/2005) |
| 08/31/2005 | 🌑135 | Judgment Returned Executed as to WILLIAM LEWIS CASH on 8/22/05 delivered to FCI Talladega. (als, Tallahassee) (Entered: 09/01/2005) |
| 04/24/2006 | 🌑136 | Probation Jurisdiction Transferred to USDC Middle District of Alabama as to WILLIAM LEWIS CASH Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dlt, Tallahassee) (Entered: 04/26/2006) |