UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

RECEIVED
2008 APR -8 P 2: 55

UNITED STATES OF AMERICA
Plaintiff,

v.	CASE NO. 2:06 CR 129-MHT-VPM

WILLIAM LEWIS CASH,
Defendant,

_____/

## MOTION TO TERMINATE TERM OF PROBATION

Defendant, William Lewis Cash, **pro se**, respectfully moves this Honorable Court to terminate the probation in the above case pursuant to 18 USC § 3564(c). In support thereof, defendant submits the following:

1. On August 4, 2000, defendant was sentenced in the U.S. District Court in the Northern District of Florida and committed to the custody of the Bureau of Prisons for a term of 100 months and 4 years supervised released.

2. On July 27, 2005, after being remanded to the district court on appeal, Defendant's sentenced was reduced to 82 months for his post-conviction rehabilitative efforts as evidenced by the Court, and Defendant was subsequently released from the custody of the BOP on January 4, 2006 at which time he commenced serving the term of probation.

3. On April 13, 2006, an order was issued by this Honorable Court accepting and assuming jurisdiction of Defendant. (doc. 1)

1

4. Defendant has continued to maintain an unblemished, exemplary record since being placed on probation, reported regularly as required, owes no fines or restitution, and has given every indication of reformation and correction.

5. Defendant has been married for 18 months and maintains residency in Montgomery County.

6. Defendant has maintained steady and gainful employment and has complied with all requirements of the Probation Office when traveling out of the district on both work-related and personal matters.

7. Defendant seeks relief as this time not only because he is presently so reformed as to warrant the relief sought, but because his employer has expanded abroad, thereby presenting Defendant the opportunity to further advance his employment and fully assume a normal pattern of living.

8. It is respectfully urged that any further investigation by this Court would disclose that this is a proper case to terminate probation as warranted by the Defendant's conduct and the intent of justice.

WHEREFORE, Defendant requests this Honorable Court to terminate the term of probation.

Respectfully submitted,

_____
William Lewis Cash, pro se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under penalty of perjury, that a true copy of the foregoing has been furnished on April 8, 2008, by postal mail with the United States Postal Service, with sufficient postage to:

Louis V. Franklin, Sr.
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

Respectfully Submitted,

William Lewis Cash, pro se
100 Elm Drive
Montgomery, AL 36117
334.538.1735