IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:06cr129-MHT |
| **WILLIAM LEWIS CASH**  ) | |

### ORDER

Upon consideration of defendant William Lewis Cash's motion to terminate probation (doc. no. 3), it is ORDERED that the government and probation show cause, if any there be, in writing by April 17, 2008, as to why said motion should not be granted.

DONE, this the 9th day of April, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**