UNITED STATES GOVERNMENT
# MEMORANDUM

<u>TO</u>: The Honorable Myron H. Thompson
United States District Judge

<u>REPLY TO</u>
<u>ATTN OF</u>: John C. Meredith
United States Probation Officer

<u>SUBJECT</u>: **WILLIAM LEWIS CASH**
**DOCKET NO. 2:06CR129-MHT**
**RESPONSE TO PRO-SE MOTION TO TERMINATE PROBATION**

<u>DATE</u>: April 16, 2008

**COURT HISTORY:** William Lewis Cash was sentenced by Chief United States District Judge Robert L. Hinkle in the Northern District of Florida on July 27, 2005, for Conspiracy to Distribute and Possess With Intent to Distribute Cocaine (Count 1) and Possession With Intent to Distribute Cocaine (Count 2). Mr. Cash was sentenced to a total term of 82 months to be followed by four (4) years of supervised release. He was ordered to pay a $200 special assessment fee. Additionally, the offender was ordered as an additional condition of supervision to cooperate with the probation department and/or the appropriate state agency in the establishment and enforcement of child support payments and shall make all required child support payments. Jurisdiction of this case was accepted by Your Honor on April 13, 2006.

**SUPERVISION HISTORY:** On January 4, 2006, William Cash began his term of supervised release in the Middle District of Alabama. Mr. Cash has failed to cooperate with the child support enforcement agency. Records indicate that the offender owes $30,558.96 in child support and $15,076.22 in interest and other costs. As of April 10, 2008, William Cash has an outstanding balance of $45,635.18 owed to the Alabama Department of Human Resources. Child Support Enforcement records reflect that William Cash is ordered to pay $74.32 per week. Mr. Cash has made sporadic child support payments since July 2006, and his most recent payment was made on February 21, 2008.

**RECOMMENDATION:** William Cash has not satisfied the additional condition of supervised release which ordered him to make all required child support payments. Mr. Cash owes a substantial amount in unpaid child support; therefore, the probation officer does not recommend an early termination and requests that he remain under supervision until the scheduled expiration date of January 3, 2010.

Respectfully submitted,

/s/ John C. Meredith
John C. Meredith
U.S. Probation Officer

April 16, 2008
Page Two

**WILLIAM LEWIS CASH**
**DOCKET NO. 2:06CR129-MHT**
**RESPONSE TO PRO-SE MOTION TO TERMINATE PROBATION**


**Reviewed and approved:**

 /s/ David Ron Thweatt
David Ron Thweatt
Supervisory U.S. Probation Officer