IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-129-MHT |
| | ) | |
| WILLIAM LEWIS CASH | ) | |

**<u>UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Christopher A. Snyder, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 17th of April, 2008.

                                                  LEURA G. CANARY
                                                  UNITED STATES ATTORNEY

                                                  /s/ Christopher A. Snyder
                                                  CHRISTOPHER A. SNYDER
                                                  Assistant United States Attorney
                                                  131 Clayton Street
                                                  Montgomery, Alabama 36104
                                                  Telephone: (334) 223-7280
                                                  Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06-cr-129-MHT |
| | ) | |
| WILLIAM LEWIS CASH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135