IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                    ) | **CRIMINAL ACTION NO.** |
| ) | **2:06cr129-MHT** |
| **WILLIAM LEWIS CASH**        ) | |

### ORDER

Upon consideration of defendant William Lewis Cash's motion to terminate probation (doc. no. 3), it is ORDERED that the motion is denied at this time.

DONE, this the 21st day of April, 2008.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**